Peter L. Isola (CA State Bar No. 144146)
Michelle D. Fife (CA State Bar No. 240554)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:  (415) 276-6599

Attorneys for Plaintiff
VICI Metronics, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICI METRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REAL SENSORS, INC., a California corporation, RAMESH CHAND, an individual, JESUS NEVAREZ, an individual, and JITENDRA KUMAR KAPADIA, an individual, <br><br> Defendants. | Case No. C 04 0854 SC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** <br><br> Courtroom: 1, Floor 17 <br> Time: 10:00 a.m. |

This Stipulation and [Proposed] Order is submitted pursuant to Local Rules 7-12 and 16-2(e). This action has been stayed since August 27, 2004, when the Court issued its Order Granting Defendants' Motion to Compel Arbitration and to Stay Action in its Entirety ("Order"). At that time, all prior dates that had been set by the Court were vacated. In the fall of 2004, an arbitration between VICI Metronics, Inc. and Ramesh Chand was commenced before the American Arbitration Association [American Arbitration Association No. 74 160 01094 04 ELME], and counsel for the parties have kept the Court informed of the status of that proceeding. Specifically, late last year, the parties conducted and completed the arbitration hearing, held November 7-9, 2005 in San Francisco. More recently, on January 13, 2006, the parties submitted their post-hearing briefs, and a ruling is expected from the Arbitrator shortly.

SFO 286592v1 65556-3                                                    1

On or about January 19, 2006, the Court continued the January 20, 2006 Status Conference to Friday April 7, 2006 at 10:00 a.m. A true and correct copy of the Notice issued by the Court is attached hereto as Exhibit A. However, Peter L. Isola, lead counsel for Plaintiff VICI Metronics, Inc. has two pre-existing calendar conflicts for that date, including a summary judgment motion hearing on the morning of April 7, 2006 in the San Francisco Superior Court (Action no. 438165), which is currently scheduled for that morning at 9:30 a.m. and is set for the last possible summary judgment motion hearing date before trial.

Plaintiff's counsel has conferred with Defendants' counsel in effort to reach an agreement on a continuance of the April 7 status conference. Defendants' counsel agreed to and supports the request for relief. Both Plaintiff's counsel and Defendants' counsel are available to participate in the Status Conference on April 21, 2006 at 10:00 a.m. (April 14 is Good Friday and Defendants' counsel has a conflict for that morning.) Therefore, the parties request that the Status Conference be continued to April 21, 2006 at 10:00 a.m. or to such other date and time that is convenient and available for the Court's calendar.

Accordingly, the parties, by their counsel, hereby stipulate to continue the Status Conference scheduled for April 7, 2006 at 10:00 a.m. to April 21, 2006 at 10:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: ____February 10, 2006_____   ___/s/Peter Isola_____
                                          Peter Isola
                                          Attorneys for Plaintiff
                                          VICI METRONICS, INC.

DATED: ____February 10, 2006_____   ___/s/Lawrence G. Townsend_____
                                          Lawrence G. Townsend,
                                          Attorneys for Defendants REAL SENSORS, INC., a
                                          California corporation, JESUS NEVAREZ, an
                                          individual, and JITENDRA KUMAR KAPADIA, an
                                          individual

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____2/15/06_____   _____
                                     The Hon. Samuel Conti
                                     United States District Judge

**STATUS CONFERENCE CONTINUED TO APRIL 28, 2006 AT 10:00AM**

*IT IS SO ORDERED — Judge Samuel Conti*

SFO 286592v1 65556-3                    2