Joseph E. Addiego III, Esq. (CA State Bar No. 169522)
Peter L. Isola (CA State Bar No. 144146)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff
VICI Metronics, INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICI METRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REAL SENSORS, INC., a California corporation, RAMESH CHAND, an individual, JESUS NEVAREZ, an individual, and JITENDRA KUMAR KAPADIA, an individual,<br><br>Defendants. | Case No. C 04 0854 SC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Courtroom: 1, Floor 17<br>Time: 10:00 a.m. |

This Stipulation and [Proposed] Order is submitted pursuant to Local Rules 7-12 and 16-2(e). This action has been stayed since August 27, 2004, when the Court issued its Order Granting Defendants' Motion to Compel Arbitration and to Stay Action in its Entirety ("Order"). At that time, all prior dates that had been set by the Court were vacated. In the fall of 2004, an arbitration between VICI Metronics, Inc. and Ramesh Chand was commenced before the American Arbitration Association [American Arbitration Association No. 74 160 01094 04 ELME], and counsel for the parties have kept the Court informed of the status of that proceeding. Specifically, late last year, the parties conducted and completed the arbitration hearing, held November 7-9, 2005 in San Francisco. More recently, on February 16, 2006, the Arbitrator issued his Third Interim Award & Opinion ("Third Interim Ruling"), and parties recently submitted further briefing

DAVIS WRIGHT TREMAINE LLP

DAVIS WRIGHT TREMAINE LLP

regarding matters raised in response to the Third Interim Ruling. Further rulings and a Final Award are expected to be received from the Arbitrator in or by May 2006.

On February 15, 2006, the Court continued the April 7, 2006 Status Conference to Friday April 28, 2006 at 10:00 a.m. That continuance is memorialized by Document 57 in the Court's file. Counsel for the parties have agreed to review how the Final Award to be issued in the Arbitration Proceeding affects the matters alleged in this case and review settlement possibilities. That review and discussion is expected to happen in May 2006, after the Final Award is issued.

Plaintiff's counsel has conferred with Defendants' counsel in effort to reach an agreement on a continuance of the April 28 status conference. Counsel have reviewed their respective calendars and availabilities, and counsel for both sides agree to and support this request for relief. Both Plaintiff's counsel and Defendants' counsel are available to participate in the Status Conference on Friday, June 16 (or Friday, June 23), 2006 at 10:00 a.m. If neither of these dates is convenient for the Court, counsel will provide additional dates as soon as possible. Therefore, the parties request that the Status Conference be continued to Friday, June 16, 2006 at 10:00 a.m. or to such other date and time that is convenient and available for the Court's calendar.

Accordingly, the parties, by their counsel, hereby stipulate to continue the Status Conference scheduled for April 28, 2006 at 10:00 a.m. to June 16, 2006 at 10:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 6, 2006 /s/Peter Isola
Peter Isola
Attorneys for Plaintiff
VICI METRONICS, INC.

DATED: April 7, 2006 /s/Lawrence G. Townsend
Lawrence G. Townsend,
Attorneys for Defendants REAL SENSORS, INC., a California corporation, JESUS NEVAREZ, an individual, and JITENDRA KUMAR KAPADIA, an individual

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/10/06 ______________________
The Hon. Samuel Conti
United States District Judge






SFO 286592v1 65556-3