1  Brian G. Bodine  Admitted *Pro Hac Vice*
   DAVIS WRIGHT TREMAINE LLP
2  2600 Century Square, 1501 Fourth Avenue
   Seattle, WA 98101-1688
3  Telephone:  (206) 622-3150
   Facsimile:  (206) 6287699
4
   Peter L. Isola (SBN) 144146
5  DAVIS WRIGHT TREMAINE LLP
   One Embarcadero Center, Suite 600
6  San Francisco, CA 94111
   Telephone:  (415) 276-6500
7  Facsimile:  (415) 276-6599

8  Attorneys for Plaintiff VICI METRONICS, INC.

9
   LAWRENCE G. TOWNSEND  (SBN 88184)
10 LAW OFFICES OF LAWRENCE G. TOWNSEND
   455 Market Street, 19th Floor
11 San Francisco, California 94105
   Telephone:  (415) 882-3288
12 Facsimile:   (415) 882-3299

13 Attorneys for Defendants
   REAL SENSORS, INC.; RAMESH CHAND;
14 JESUS NAVAREZ and JITENDRA KUMAR KAPADIA

15

16                    IN THE UNITED STATES DISTRICT COURT

17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19
   VICI METRONICS, INC.,                    ) Case No. C 04 0854 SC
20                                          )
                        Plaintiffs,         ) **STIPULATION AND ORDER TO**
21                                          ) **CONTINUE HEARING DATE OF**
        vs.                                 ) **MOTION TO CONFIRM ARBITRATION**
22                                          ) **AWARD AND JUDGEMENT THEREON**
   REAL SENSORS, INC., a California         )
23 corporation, RAMESH CHAND, an           ) Previous Date:  September 8, 2006
   individual, JESUS NAVAREZ, an individual, ) New Date:        September 22, 2006
24 and JITENDRA KUMAR KAPADIA, an          )
   individual,                              )
25                                          )
                        Defendants.         )
26 _____ )

27

28                                    1

Stip./Order Continue Hearing Date-Motion to Confirm Arbitration Award, etc.; Case No: C 04 0854 SC

1        It is hereby stipulated by and between the parties, through their respective counsel, that

2   the hearing date for Defendant Ramesh Chand's Motion to Confirm Arbitration Award and for

3   Entry of Judgment Thereon shall be continued  from September 8, 2006 to September 22, 2006 at

4   10:00 A.M. Therefore, Defendant's motion will be heard at the same time as Plaintiff's Motion to

5   Vacate Arbitration Award or, in the Alternative, to Correct or Modify Award Before Judgment is

6   Entered, which is currently set for September 22, 2006 at 10:00 A.M.

7

8   Dated:  August 21, 2006           DAVIS WRIGHT TREMAINE LLP

9

10                       By:  _____/s/ Peter L. Isola_____
                                        Peter L. Isola
11                       Attorneys for Plaintiff VICI METRONICS, INC.

12
    Dated:  August 21, 2006           LAW OFFICES OF LAWRENCE G. TOWNSEND
13

14

15                       By:  _____/s/ Lawrence G. Townsend_____
                                        Lawrence G. Townsend
16                       Attorneys For Defendants REAL SENSORS, INC.;
                         RAMESH CHAND; JESUS NAVAREZ and JITENDRA
17                       KUMAR KAPADIA
                         As the filing attorney, I attest that the foregoing is accepted
18                       by counsel signing above.

19

20                       **ORDER**

21       IT IS SO ORDERED.

22

23  Dated:  ____8/23/06_____     _____

24                       Samuel Conti
                         U.S. District

25

26  S:\LGT-TENA\RealSensors\Pleading\Stip-MotionDate-Final.wpd

27

28                           2