| | |
|---|---|
| Brian G. Bodine (admitted *pro hac vice*) | Lawrence G. Townsend (SBN 88184) |
| Kaustuv M. Das (admitted *pro hac vice*) | Law Offices of Lawrence G. Townsend |
| DAVIS WRIGHT TREMAINE LLP | 455 Market Street, 19th Floor |
| 1501 Fourth Avenue, Suite 2600 | San Francisco, California 94105 |
| Seattle, Washington 98101-1688 | Tel:  (415) 882-3288 |
| Tel:   (206) 628-7623 | Fax: (415) 882-3299 |
| Fax:   (206) 903-3723 | |
| Email:  brianbodine@dwt.com | Attorneys for Defendants |
| | REAL SENSORS, INC.; |
| Peter L. Isola (CA State Bar No. 144146) | RAMESH CHAND; JESUS NEVAREZ; |
| DAVIS WRIGHT TREMAINE LLP | and JITENDRA KUMAR KAPADIA |
| 505 Montgomery Street, Suite 800 | |
| San Francisco, California 94111 | |
| Tel:   (415) 276-6500 | |
| Fax:   (415) 276-6599 | |
| Email: peterisola@dwt.com | |

Attorneys for Plaintiff VICI Metronics, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICI METRONICS, INC., a Washington corporation, | Case No. C 04 0854 SC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR LAST HEARING DATE FOR MOTIONS TO BE NOTICED** |
| v. | |
| REAL SENSORS, INC., a California corporation, RAMESH CHAND, an individual, JESUS NAVAREZ, an individual, and JITENDRA KUMAR KAPADIA, an individual, | Date: January 19, 2007<br>Time: 10 a.m.<br>Court room:  Courtroom 1, 17th Floor |
| Defendants. | Judge Samuel Conti |

Subject to the Court's approval, the Parties stipulate that the last hearing date for motion to be noticed in accordance with Civil Local Rule 7-2 should be extended by one week to February 2, 2007, at 10:00 a.m.

The Parties are in negotiations to settle this lawsuit, and those negotiations are in an advanced stage. The Parties wish to minimize expenses to the Parties and wish to conserve the Court's resources by delaying the filing of dispositive motions for an additional week to give the

parties additional time to settle.  The Status Conference Order Setting Times for Compliance with Certain Rules of Court sets the deadline for noticing motions in accordance with Civil Local Rule 7-2 as January 26, 2007.  To comply with Local Rule 7-2, Parties would have to file dispositive motions by December 22, 2006.  By extending the deadline for noticing motions to February 2, 2007, the Court will be extending the deadline for filing dispositive motions until December 29, 2006, which in turn would give the parties additional time to settle this matter.

This is the only time modification in this case.

The Parties do not believe that extending the deadline for noticing motions would affect any other deadlines in this case, and would not affect the schedule for the case in any other way.

WHEREFORE the Parties respectfully requests that the Court approve this stipulation, and adopt February 2, 2007, as the last date for noticing motions in accordance with Civil Local Rule 7-2.

DATED this 15th day of December, 2006.

| DAVIS WRIGHT TREMAINE LLP | LAW OFFICES OF LAWRENCE G. TOWNSEND |
|---|---|
| By: /s/ Kaustuv M. Das<br>Kaustuv M. Das (admitted *pro hac vice*) | By: /s/ Lawrence G. Townsend<br>Lawrence G. Townsend<br>(per electronic authorization) |
| Attorneys for Plaintiff VICI Metronics, Inc. | Attorneys for Defendants Real Sensors, Inc.; Ramesh Chand; Jesus Nevarez; and Jitendra Kumar Kapadia |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 12/19/06

_____
Honorable Samuel Conti

*IT IS SO ORDERED — Judge Samuel Conti — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*