1  LAWRENCE G. TOWNSEND  (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone:  (415) 882-3288
   Facsimile:   (415) 882-3299
4  E-Mail:  ltownsend@owe.com

5  Attorneys for Defendants
   REAL SENSORS, INC.; RAMESH CHAND;
6  JESUS NAVAREZ and JITENDRA KUMAR KAPADIA

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13
   VICI METRONICS, INC., a Washington    )  Case No. C 04 0854 SC
14 corporation                           )
                                         )  **STIPULATION AND ORDER RE**
15                     Plaintiffs,       )  **DISMISSAL OF ENTIRE ACTION**
                                         )
16       vs.                             )
                                         )
17 REAL SENSORS, INC., a California      )
   corporation, RAMESH CHAND, an         )
18 individual, JESUS NAVAREZ, an individual, )
   and JITENDRA KUMAR KAPADIA, an        )
19 individual,                           )
                                         )
20                     Defendants.       )
   _____)

21

22
         Pursuant to F.R.C.P. 41(a)(l)(ii), the parties herein, by and through their counsel of
23
   record, hereby stipulate that the entire action be dismissed with prejudice, with each side bearing
24
   its own attorneys' fees and costs.
25
   ///
26
   ///
27

28                                    1

1

2

3   Dated:  January 9, 2007                LAW OFFICES OF LAWRENCE G. TOWNSEND

4

5                                          By:    /s/ Lawrence G. Townsend
6                                                 Lawrence G. Townsend
                                           Attorneys For Defendants REAL SENSORS, INC.;
7                                          RAMESH CHAND; JESUS NAVAREZ and JITENDRA
                                           KUMAR KAPADIA
8
                                           As the filing attorney, I attest that the foregoing is accepted
9                                          by counsel signing below.

10
    Dated:  January 9, 2007                DAVIS WRIGHT TREMAINE LLP
11

12

13                                         By:    /s/ Brian G. Bodine
                                                  Brian G. Bodine
14                                         Attorneys For Plaintiff VICI METRONICS, INC.

15

16        **IT IS SO ORDERED.**

17
    Dated:  ___1/10/07_____
18                                         Samuel C
                                           United Sta
19

20
    S:\LGT-TENA\RealSensors\Pleading\Dismissal-StipOrder.wpd
21

22

23

24

25

26

27

28                                                 2